# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.   )   1:13-CR-00151 LJO-SKO

JOSE SANCHEZ-ORTEGA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        **(X)** Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee:     JOSE SANCHEZ-ORTEGA
Detained at (custodian):     WASCO STATE JAIL

Detainee is:    a.)    (**X**) charged in this district by:
                 (**X**) Indictment          ( ) Information          ( ) Complaint
                 Charging Detainee With:    **8 U.S.C. § 1326(a) and (b)(2) Deported Alien Found in the United States**

   or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
   or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

         Signature:/s/Mia A. Giacomazzi
         Printed Name & Phone No:MIA A . GIACOMAZZI/ 559-497-4000
         Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
         (**X**) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/7/2013                  /s/ STANLEY A. BOONE
Date                  United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | AP7059 | DOB: | |
| Facility Address: | Release Date: 03/24/2015<br>701 Scofield Ave. Wasco, CA 93280 | Race: | |
| | | FBI #: | 245219HB2 |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____          _____
                                                            (Signature)